UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES ex. rel.
MAURICE EDMONDS and ALLIED
HEALTH, LLC,

    Plaintiffs,

vs.

JOSEPH CONNELL d/b/a DOCTORS
CHOICE PHLEBOTOMY; MISTY
CONNELL d/b/a DOCTORS CHOICE
PHLEBOTOMY; CONNELL
PHLEBOTOMY, LLC; AND VISTA
CLINICAL DIAGNOSTICS, LLC,

    Defendants.
_____/

Case No. 3:11-cv-1071-J-25TEM

**FILED EX PARTE
AND UNDER SEAL
PURSUANT TO 31 U.S.C. §
3730(B)(2)**

## NOTICE OF VOLUNTARY DISMISSAL
## AND MOTION TO LIFT SEAL FROM COMPLAINT

Plaintiffs, Maurice Edmonds and Allied Health, LLC, through undersigned counsel and pursuant to Rule 41, Federal Rule of Civil procedure, file this Notice of Voluntary Dismissal without prejudice to the United States Government, and hereby request the Court to lift seal on the Plaintiff's Complaint, and in support thereof, states the following:

    1.    Plaintiffs, Maurice Edmonds and Allied Health, LLC, individually, and on behalf of the United States of America filed a *qui tam* action against Defendants, Joseph Connell d/b/a Doctors Choice Phlebotomy; Misty Connell d/b/a Doctors Choice

Phlebotomy; Connell Phlebotomy, LLC; and Vista Clinical Diagnostics, LLC on October 28, 2011. The Complaint was filed under seal pursuant to 31 U.S.C. §§ 3730.

2. The Plaintiffs voluntarily dismiss this action, without prejudice to the United States, and request the Complaint be lifted from under seal.

3. Counsel for Plaintiffs has conferred with counsel for the U.S. Department of Justice and has been given consent by attorney David T. Cohen to file this Notice of Voluntary Dismissal without prejudice to the United States Government and to release the Complaint from under seal. Counsel for U.S. Department of Justice plan to file a separate Notice of Consent on this matter.

Respectfully submitted this 7th day of February, 2012.

*Timothy B. Elliott*
TIMOTHY B. ELLIOTT
FLORIDA BAR NO. 210536
TRIAL COUNSEL
SMITH & ASSOCIATES
2834 Remington Green Circle, Suite 201
Tallahassee, Florida 32308
850-297-2006
850-297-2009 Facsimile
tim@smithlawtlh.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of February, 2012, I mailed a copy of the foregoing document by first class mail to the following:

>Ronnie S. Carter
>Assistant United States Attorney
>Trial Counsel
>United States Courthouse
>300 North Hogan Street, Suite 700
>Jacksonville, Florida 32202-4270
>
>Joyce R. Branda
>Tracy L. Hilmer
>David T. Cohen
>Senior Trial Counsel
>U.S. Department of Justice
>Civil Division, Fraud Section
>601 D Street, N.W., Room 9213
>Washington, DC 2004

*Timothy B. Elliott*
TIMOTHY B. ELLIOTT

S:\555.000 Edmonds, M\Pleadings\NotVolDsmsl 2-7-12.docx